# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1147
_____

Jaspal Multani,                            *
                                           *
            Petitioner,                    *
                                           *   Petition for Review of
      v.                                   *   an Order of the Board
                                           *   of Immigration Appeals.
Eric H. Holder, Jr., United States         *
Attorney General,                          *   [UNPUBLISHED]
                                           *
            Respondent.                    *

_____

Submitted:  March 23, 2011
Filed: March 25, 2011
_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.
_____

PER CURIAM.

Jaspal Multani, a citizen of India, petitions for review of an order of the Board of Immigration Appeals (BIA) denying his motion to reopen removal proceedings. After careful review, we conclude that the BIA acted within its discretion. See Pafe v. Holder, 615 F.3d 967, 968-71 (8th Cir. 2010) (per curiam); Habchy v. Gonzales, 471 F.3d 858, 865-66 (8th Cir. 2006).  Accordingly, we deny the petition for review.